[No. 46705-4-II.   Division Two.   February 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DMARCUS D. GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00143-9, Ronald E. Culpepper, J., entered September 19, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47749-1-II.   Division Two.   February 22, 2017.]

IRON GATE PARTNERS 5, LLC, *Appellant*, v. TAPIO CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-01709-9, David E. Gregerson, J., entered May 29, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.

[Nos. 48042-5-II; 47569-3-II.   Division Two.   February 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL BALE, *Appellant*.

*In the Matter of the Personal Restraint of* JOHN MICHAEL BALE, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00762-2, Jeanette Dalton, J., entered August 21, 2015, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.